**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WELLINGTON STUBBS,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  10-3200** |
| **MICHAEL NUTTER, EVERETT** | : | |
| **GILLISON, CITY OF PHILADELPHIA,** | : | |
| **BILL JOHNSON, TIM REDDICK, and** | : | |
| **CARY KING,** | : | |
| **Defendants.** | : | |
| | : | |

**O R D E R**

     **AND NOW**, this 27th day of January 2012, upon consideration of the Motion for

Summary Judgment of Defendants Mayor Michael Nutter, Deputy Mayor Everett Gillison, the

City of Philadelphia, Bill Johnson Tim Reddick and Cary King (Document No. 29, filed

September 23, 2011), Plaintiff's Opposition to the Defendants' Motion for Summary Judgment

(Document No. 33, filed November 4, 2011), Defendants' Reply Brief in Support of Their

Motion for Summary Judgment (Document No. 34, filed November 10, 2011), and Plaintiff's

Sur Response to the Defendants' Reply to the Plainitff's [sic] Opposition Response to the

Defendants [sic] Motion for Summary Judgment (Document No. 35, filed November 11, 2011),

for the reasons set forth in the Memorandum dated January 27, 2012, **IT IS ORDERED** that the

Motion for Summary Judgment of Defendants Mayor Michael Nutter, Deputy Mayor Everett

Gillison, the City of Philadelphia, Bill Johnson Tim Reddick and Cary King is **GRANTED**, and

**JUDGMENT IS ENTERED** in **FAVOR** of defendants, Michael Nutter, Everett Gillison, the

City of Philadelphia, Bill Johnson, Tim Reddick, and Cary King, and **AGAINST** plaintiff,

Wellington Stubbs.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.


**BY THE COURT:**


 /s/ Hon. Jan E. DuBois
           JAN E. DUBOIS, J.